IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tina Deeter,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Trinity Services Group, Inc., a/k/a Trinity Food Services and Miller Brothers Staffing Solutions, LLC, a/k/a Miller Brothers Staffing Solutions,<br><br>　　　　　　Defendants. | Civil Action No. 1:14-cv-00215-MPK<br><br>Chief Magistrate Judge Maureen P. Kelly |

## ORDER APPROVING STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. This Court will retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement. Each party will bear its own costs.

**FOR THE PLAINTIFF:**

/s/ Tibor R. Solymosi
Tibor R. Solymosi (Pa. ID No. 73809)

Segel & Solymosi
818 State Street
Erie, PA 16501
(814) 454-1500
(814) 454-1502 (facsimile)
ts@ssinjurylaw.com

*Counsel for Plaintiff*

AND NOW, this _12th_ day of _October_, 20_16_,
IT IS SO ORDERED.
_/s/ Maureen P. Kelly_
UNITED STATES MAGISTRATE JUDGE

**FOR THE DEFENDANT:**

/s Elaine Diedrich
Elaine Diedrich (PA ID No. 84077)
Brian Hentosz (PA ID No. 317176)

Littler Mendelson, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
Telephone: 412.201.7600

*Counsel for Defendant – Trinity Services Group, Inc.*

/s Marie Milie Jones
Marie Milie Jones (PA ID No.49711)